IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:23-cv-527

| | |
|---|---|
| TYLIYA J. NELSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>THREE POINTS CENTER, LLC; )<br>THREE POINTS CENTER NORTH )<br>CAROLINA, LLC; THREE POINTS )<br>PROPERTIES, LLC; THREE POINTS )<br>PROPERTIES NORTH CAROLINA, LLC; )<br>THREE POINTS ACADEMY, INC., & )<br>THANE PALMER )<br>)<br>Defendants ) | **NOTICE OF FILING<br>TRANSCRIPTS**<br><br>**F.C.R.P. 32(a)(6)** |

Plaintiff, by counsel, pursuant to Rule of Civil Procedure 32(a)(6)[1] and in opposition to Defendants' Motion for Summary Judgment, submits the remainder of the deposition testimony for the witnesses below. The testimony was excerpted in Defendants' exhibits and in Plaintiffs' opposition in the record as set forth below.

- Defendants Exhibit 18 (Deposition Transcript of Craig Butcher) [DE 33-11]
* *Plaintiff's Exhibit FF [DE 38-32]*

- Deposition Transcript of Norman Thibault [DE 33-12]
* *Plaintiff's Exhibit DD [DE 38-30]*

- Deposition Transcript of Thane Palmer [DE 33-13]
* *Plaintiff's Exhibit EE [DE 38-31]*

- Deposition Transcript of Heidi Palmer (Heidi Depo) [DE 33-14]
**Plaintiff's Exhibit GG [DE 38-33]*

---

[1] **Rule 32. Using Depositions in Court Proceedings** ((a) *Using Depositions*…..(6) <u>Using Part of a Deposition</u>. If a party offers in evidence only part of a deposition, an adverse party may require the offeror to introduce other parts that in fairness should be considered with the part introduced, and any party may itself introduce any other parts.)

Respectfully submitted July 23, 2024

                                    **LAW OFFICE OF GARRETT DAVIS, PLLC**
                                    */s/ Garrett L. Davis*
                                    Garrett L. Davis
                                    NC Bar # 52605
                                    555 S. Mangum St. Ste. 100
                                    Durham, NC 27701
                                    919.321.1203
                                    gd@garrettdavislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I served the foregoing via the court ECF filing system to the counsel below.

Date: July 23, 2024

                                         */s/ Garrett L. Davis*

D. Beth Langley
blangley@brookspierce.com
Jimmy C. Chang
jchang@brookspierce.com
P.O. Box 26000
Greensboro, North Carolina 27420
Telephone: (336) 271 – 3137
Fax:    (336) 232 – 9107
Attorneys for Defendants