# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TYLIYA J. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23CV527 |
| | ) | |
| THREE POINTS CENTER, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

For the reasons set forth in a Memorandum Opinion and Order filed on April 7, 2025,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment, (ECF No. 32), is **GRANTED** Plaintiff's claims are **DISMISSED**. With there being no remaining claims, the action is **DISMISSED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that for the reasons outlined in the Memorandum this Court did not consider the following exhibits, **ECF Nos. 38-6, 38-11, 38-12, 38-15, 38-18, 38-19, 38-25, 39-1, 39-2, 39-3, and 39-4,** for the resolution of Defendants' Motion for Summary Judgment, (ECF No. 32).

This, the 25th day of April 2025.

/s/ Loretta C. Biggs
United States District Judge