IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TYLIYA J. NELSON,                      )
                                       )
            Plaintiff,                 )
                                       )
     v.                                )
                                       )
THREE POINTS CENTER, LLC,              )        1:23-cv-527
THREE POINTS CENTER NORTH              )
CAROLINA, LLC, THREE POINTS            )
PROPERTIES, LLC, THREE POINTS          )
PROPERTIES NORTH CAROLINA,             )
LLC, THREE POINTS ACADEMY,             )
INC., and THANE PALMER,                )
                                       )
            Defendant.                 )

## ORDER

This matter comes before the court on Plaintiff's LR 54.1 Motion for Review of Taxation of Costs. (Doc. 82.) In support of the motion, Plaintiff has filed a brief, (Doc. 83). Plaintiff Tyliya J. Nelson moves the court pursuant to LR 54.1(b)(2), for review of the Clerk's Taxation of Costs, (Doc. 81), against Plaintiff and in favor of all Defendants including Defendant Thane Palmer in the amount of $6,339.50. The corporate Defendants responded in opposition to the motion, (Doc. 84), and Plaintiff replied, (Doc. 85). After consideration of the pleadings, and the existing record, this court concludes that the Clerk's analysis and order should be affirmed. The motion for review is granted in part in that the court has conducted a

de novo review of the Clerk's order. The Clerk's Taxation of Costs is affirmed.

**IT IS THEREFORE ORDERED** that Plaintiff's LR 54.1 Motion for Review of Taxation of Costs, (Doc. 82), is **GRANTED IN PART** and the court has reviewed the Clerk's Taxation of Costs. All other requested relief is **DENIED.**

The Clerk's Taxation of Costs, (Doc. 81), is hereby **AFFIRMED.**

This the 12th day of March, 2026.

_____
United States District Judge

- 2 -